THE STATE OF FLORIDA *ex rel.* FRANK S. PORTER, PLAIN-TIFF IN ERROR, v. W. D. VINZANT, CHIEF OF POLICE OF THE CITY OF JACKSONVILLE, DEFENDANT IN ERROR.

A writ of error to a judgment in a habeas corpus proceeding issued by the Clerk of the Circuit Court, without the allowance thereof either by the judge who heard the cause or by a justice of the Supreme Court, is a nullity.

This case was decided by Division A.

Writ of Error to the Circuit Court for Duval County.

The facts in the case are stated in the opinion of the Court.

*Geo. U. Walker,* for Plaintiff in Error.

*W. H. Ellis,* Attorney-General, *J. M. Barrs* and *P. H. Odum,* for Defendant in Error.

SHACKLEFORD, J. An application was made to the Judge of the Fourth Judicial Circuit of Florida for a writ of *habeas corpus* on the petition of Frank S. Porter, and on the hearing thereof an order was made denying the writ and remanding the petitioner to the custody of W. D. Vinzant, Chief of Police of the city of Jacksonville. To this judgment the Clerk of the Circuit Court in and for Duval County issued a writ of error returnable before this court on the 25th day of January, 1905. There was no allowance or grant of this writ by this court; nor by any of its justices, or by the Circuit Judge, as provided by

section 1780 of Rev. Stats. of 1892, as amended by Chapter 4920, laws of 1901, consequently this court must refuse to entertain the same, under the authority of Wright v. State, 32 Fla. 472, 14 South. Rep. 43, and it must be dismissed at the cost of the relator.

WHITFIELD, C. J., and CARTER, J., concur.

TAYLOR, P. J., and HOCKER and COCKRELL, JJ., concur in the opinion.